**SEALED**

AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____

UNITED STATES OF AMERICA

V.

DOUGLAS HARPSTER

**WARRANT FOR ARREST**

Case Number: 24-40040-TC-RES


**RECEIVED** By USMS D/KS Topeka at 3:44 pm, Jul 17, 2024

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DOUGLAS HARPSTER _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)
Cts 1-4 - 18 USC 2252(a)(2) and (b) - Sexual Exploitation of a Minor-Receipt of Child Pornography
Ct 5 - 18 USC 2252(a)(4)(B) - Sexual Exploitation of a Minor-Possession of Child Pornography

☑ in violation of Title  18  United States Code, Section(s)  2252(a)(2) and (b)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

SKYLER B. O'HARA                             /s/ K. Shrum
Name of Issuing Officer                       Signature of Issuing Officer

Clerk of Court                                July 17, 2024        at Topeka, Kansas
Title of Issuing Officer                      Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at
3030 Cortland Circle Salina, KS 67401

DATE RECEIVED: 07/17/2024
DATE OF ARREST: 07/17/2024
NAME AND TITLE OF ARRESTING OFFICER: Randall Luedke, Special Agent
SIGNATURE OF ARRESTING OFFICER: [signed]