# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
                    PLAINTIFF,

vs.                                          Case No. 5:24-cr-40040-TC

DOUGLAS HARPSTER,
                    DEFENDANT.

## GOVERNMENT'S JURY TRIAL EXHIBIT LIST

COMES NOW, the United States of America, by and through Assistant United States Attorney Sara L. Walton, and in accordance with the Court's Trial Order (Doc. 26) submits the following exhibit list:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Freenet Target Summary 12.25.2021 | | |
| 1A | CSAM images (physical exhibit) | | |
| 2 | Freenet Target Summary 04.02.2022 | | |
| 2A | CSAM video (physical exhibit) | | |
| 3 | Freenet Target Summary 08.13.2022 | | |
| 3A | CSAM video (physical exhibit) | | |
| 4 | Freenet Target Summary 08.27.2022 | | |
| 4A | CSAM video (physical exhibit) | | |

| 5 Series | Photos: Search Warrant Residence | | |
|---|---|---|---|
| 6 | Sketch of residence layout | | |
| 7 | Supermicro 24-bay server (physical exhibit – FBI 1B10) | | |
| 8 | Cooler Master Desktop (physical exhibit – FBI 1B19) | | |
| 8A | Artifacts related to CSAM | | |
| 8B | CSAM images (physical exhibit) | | |
| 9 | Silver Lenovo laptop (physical exhibit – FBI 1B22) | | |
| 9A | Frost-Next folder | | |
| 10 | Black MSI laptop (physical exhibit – FBI 1B21) | | |
| 10A | Artifacts related to CSAM | | |
| 10B | Artifacts from virtual drives | | |
| 10C | CSAM images (physical exhibit) | | |
| 11 | Silver MacBook Pro (physical exhibit – FBI 1B39) | | |
| 12 | Samsung cellphone (physical exhibit – FBI 1B5) | | |
| 12A | URL list | | |
| 12B | Installed application list | | |
| 13 | Interview – Cari Harpster | | |
| 14 | Interview – Douglas Harpster | | |
| 15 | Cox Communication records | | |
| 16 | Freenet PPT (demonstrative) | | |
| 17 | Virtual-Machine presentation 1B19 (demonstrative) | | |
| 18 | Virtual-Machine presentation 1B21 (demonstrative) | | |

| 19 Series | Photos: Surveillance | | |
|---|---|---|---|
| 20 Series | Photos: Seized devices | | |

The government reserves the right to add, delete, or modify the foregoing list based on the evidence submitted at trial.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

By:    /s/ Sara L. Walton
Sara L. Walton, KS Bar No. 24106
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
sara.walton@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this, I electronically filed the foregoing Exhibit List with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kirk Redmond, attorney for the defendant

By:     /s/ Sara L. Walton
        Sara L. Walton, KS Bar No. 24106
        Assistant United States Attorney