# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
                PLAINTIFF,


vs.                                            Case No. 5:24-cr-40040-TC


DOUGALS HARPSTER,
                DEFENDANT.

## GOVERNMENT'S NOTICE OF EXPERT WITNESS FOR SPECIAL AGENT ANTHONY PETERSON (FED. R. CRIM. P. 16(a)(1)(G))

Comes now, the United States of America, by and through undersigned counsel, provides this designation of expert pursuant to the Court's Trial Order (Doc. 26) and Federal Rule of Criminal Procedure 16(a)(1)(G). The government reserves the right to supplement this designation as circumstances require, and requests full disclosure of all information required pursuant to the Court's Pretrial Order and Federal Rule of Criminal Procedure 16(b) from the defendant and his counsel.

The United States intends to call Federal Bureau of Investigation Special Agent Anthony Peterson as a witness to testify about the file sharing network Freenet, the use of Freenet by individuals engaged in the trafficking of child sexual abuse material (CSAM) and the use of a computer connected to IP address 70.179.157.91 being used to download CSAM via Freenet. The United States intends

1

to call Special Agent Peterson as a fact witness, but also as an expert witness pursuant to Federal Rule of Evidence 702.

## I.  Government's Notice of Intent to Offer Expert Testimony Pursuant to Fed.R.Evid. 16(a)(1)(G)

In this case, Special Agent Peterson will testify that he reviewed data received by law enforcement Freenet computers that IP address 70.179.157.91, with Freenet Location ID (a unique identifier assigned by the software) 0.676177320223142, was collecting "blocks" or pieces of files associated with known files depicting child sexual abuse (CSAM).   Specifically, Special Agent Peterson observed that a computer running Freenet software with an IP address of 70.179.157.91 requested from a law enforcement computer pieces needed to assemble a file containing images or videos of CSAM on December 25, 2021, April 2, 2022, August 13, 2022, and August 27, 2022.   IP address 70.179.157.91 was controlled by internet service provided Cox Communications.   The subscriber information for the account associated with IP address 70.179.157.91 returned to Douglas Harpster in Salina, KS.

**Opinion:** Special Agent Peterson will testify that it is his opinion that the user of the computer with an IP address of 70.179.157.91 and Location ID 0.676177320223142 was the original requestor of the file pieces associated to the file containing known CSAM.   This information was then used to secure a search warrant for the residence, person, and vehicle of the Defendant, who was identified as the subscriber of the account associated with the IP address.

At trial, Special Agent Peterson will provide general background information regarding the filesharing network Freenet.   Freenet is an internet-based peer-to-

2

peer network that allows users to anonymously share files, chat on message boards, and access websites within the network.  Special Agent Peterson will describe how a user downloads the software and join and access the Freenet network. He will explain that each computer running Freenet is connected to other computers also running Freenet (which are referred to as "peers") and that when a user installs Freenet, the user agrees to provide to the network a portion of the storage space on the user's computer hard drive.  This allows the files uploaded by Freenet users to be distributed and stored across the work.  Freenet users can upload files into the Freenet network and download files from the Freenet network.

Special Agent Peterson will testify that when a user uploads a file to Freenet, the software breaks down the file into pieces (called "blocks") and encrypts each piece.  The encrypted pieces are then distributed randomly and stored throughout the network of peers.  The software also creates an index piece that contains a list of all the pieces of the file and unique key that is used to download the file.  The key is a series of letters, numbers and special characters.

Special Agent Peterson will testify that for a user to download a file on Freenet, the user must have the key for the file.  Users can locate keys from message boards associated with Freenet, from Freenet's filesharing page; or directly through the user's web browser while the user is connected to the Freenet network.  Special Agent Peterson will testify that once a user attempted to download a file via Freenet, the software downloads the piece of the file containing the index.  Freenet then requests all of the pieces of the file from the user's peers.  Freenet divides the

requests in a roughly equal portion to each of the user's peers.  If the user's peer does not have the particular piece in its storage, that peer will then divide up the request in rough equally amounts and send to its peers.  To prevent the requests from going on indefinitely, Freenet limits the number of times a request may be forwarded.

Special Agent Peterson will also testify how Freenet is used to traffic images and videos of CSAM.  Freenet does not offer a search function for its users to simply insert a search term to locate files.  Therefore, a user must identify the key associated with a particular CSAM file and use that key to download the file. Message boards exist on Freenet that allow users to engage in online discussions involving the sexual exploitation of minors.  For example, some Freenet message boards are labeled with terms associated with CSAM, such as pthc, boy porn, pedomom, kidfetish or toddler_cp.  Typical posts to those message boards contain texts, keys of CSAM files that can be downloaded from Freenet, and in some cases descriptions of the CSAM file associated with the keys.   Freenet users can also located keys from websites that operate within Freenet, called Freesites.  Freesites may only be accessed through Freenet and some contain images of CSAM for the user to view alone with keys of CSAM files.  Freenet users may also obtain keys directly from other Freenet users. Special Agent Peterson will testify that law enforcement collects keys associated with CSAM files that are being shared and advertised on Freenet which are known as "files of interest."   Law enforcement only investigates Freenet users who request pieces of files associated with the cataloged keys of CSAM files.  Law enforcement is further able to use the unique digital hash

value for known files containing CSAM and match the file to the key.

Special Agent Peterson will further testify how law enforcement investigates the use of Freenet to traffic CSAM.

**Basis and Reasons for the Opinion**: Special Agent Peterson's opinions are based on the results of his analysis of the evidence, which is documented in the discovery provided to the defendant and is hereby incorporated by reference, as well as his training and expertise as an FBI agent. Special Agent Peterson's opinion and the basis for his opinion are guided by his training in Freenet investigations. Special Agent Peterson may also rely on peer-reviewed literature to provide context to the results of his analysis.

Likewise, it is possible that Special Agent Peterson may be called upon to answer hypothetical questions regarding the above-described subjects based upon evidence presented at trial or to rebut any defense theory – at which point it would be expected that Special Agent Peterson would draw upon his extensive experience investigating crimes involving the sexual exploitation of children.

**Qualifications:** Special Agent Peterson has more than 20 years of experience as a law enforcement officer and approximately 15 years of experience as an FBI special agent. Special Agent Peterson has 14 years of experience working crimes against children cases, including child pornography, child prostitution and international kidnapping. Detective Broxterman holds a certification related to digital forensics, specifically, DeXT certification, and has attended numerous trainings related to his area of expertise, as detailed in his curriculum vitae.

Fed.R.Crim.P. 16(a)(1)(G)(iii) additionally requires a list of all publications authored by Special Agent Peterson in the previous 10 years and a list of all cases in which, during the previous four (4) years, Special Agent Peterson has testified as an expert at trial or by deposition. Special Agent Peterson has not issued any publications in the last ten years. In the past four years, Special Agent Peterson has not testified as a lay witnessed in federal and state court but has not testified as an expert.

Defense counsel has been provided with copies of this witness's reports of examination, and his professional qualifications, and has had an opportunity to review the reports and evidence.  Pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v), the government will provide a signed version of this notice upon receipt from Agent Peterson who has verbally and in writing confirmed the above is accurate.

## II.   Special Agent Peterson's Testimony is Admissible as Fact Witness Testimony

Although the government believes Special Agent Peterson's knowledge, skill, experience, and training satisfy the Fed.R.Evid. 702 standards for expert testimony, in this particular case, his testimony also may fall into the category of fact or percipient witness testimony.

Law enforcement officers sometimes fill dual roles -- that is, as a fact witness and as an expert.  Namely, in instances such as the one here, the case agent may have firsthand knowledge from which they can provide factual information, knowledge from which they can provide lay opinion and knowledge or specialized

skills that form the basis for an expert opinion. *See United States v. Mendoza*, 236 Fed. App'x. 371, 383-84 (10th Cir. 2007).

The government anticipates that Special Agent Peterson will testify to his firsthand knowledge of the investigation and his observations. However, he many also be asked to rely on his specialized knowledge to answer questions or provide context for his factual observations.

Respectfully submitted,

RYAN A. KRIEGHAUSER
United States Attorney

*/s/ Sara L. Walton*

Sara L. Walton #24106
Assistant U.S. Attorney
District of Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
sara.walton@usdoj.gov

ENCLOSURES:
    Attachment 1: Curriculum Vitae re: Anthony Peterson

7

## CERTIFICATE OF SERVICE

I hereby certify that on this, I electronically filed the foregoing Response with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kirk Redmond, attorney for the defendant.

By:    /s/ Sara L. Walton
Sara L. Walton, KS Bar No. 24106
Assistant United States Attorney