# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
                    **PLAINTIFF,**


**vs.**                                                    **Case No. 5:24-cr-40040-TC**


**DOUGALS HARPSTER,**
                    **DEFENDANT.**

## NOTICE OF EXPERT WITNESS FOR DR. BRIAN LEVINE
## (FED. R. CRIM. P. 16(a)(1)(G))

Comes now, the United States of America, by and through undersigned counsel, provides this designation of expert pursuant to the Court's Trial Order (Doc. 26) and Federal Rule of Criminal Procedure 16(a)(1)(G). The government reserves the right to supplement this designation as circumstances require, and requests full disclosure of all information required pursuant to the Court's Pretrial Order and Federal Rule of Criminal Procedure 16(b) from the defendant and his counsel.

The United States intends to call Professor Brian Levine as a witness to testify about the peer-to-peer file sharing network Freenet.

## I.  Government's Notice of Intent to Offer Expert Testimony Pursuant to Fed.R.Evid. 16(a)(1)(G)

In this case, Dr. Levine, an expert in digital forensics, will testify regarding his experience with peer-to-peer networks, specifically Freenet and provide the jury

1

with the fundamentals of the Freenet software program. He will discuss how Freenet stores filed among users, encrypts and anonymizes the files, and how users download files from Freenet.  He will discuss that Freenet differs from other peer-to-peer software in that it does not utilize a direct connection between two computers, rather, it divides stored files into pieces distributed among multiple users.  To download a file, a user must a have "key" that directs the computer which pieces are needed to download the file.

**Opinion:**  At trial, Dr. Levine will provide general background information regarding the filesharing network Freenet.  Freenet is an internet-based peer-to-peer network that allows users to anonymously share files, chat on message boards, and access websites within the network.  Dr. Levine will describe how a user downloads the software and join and access the Freenet network. He will explain that each computer running Freenet is connected to other computers also running Freenet (which are referred to as "peers") and that when a user installs Freenet, the user agrees to provide to the network a portion of the storage space on the user's computer hard drive.  This allows the files uploaded by Freenet users to be distributed and stored across the work.  Freenet users can upload files into the Freenet network and download files from the Freenet network.

Dr. Levine will testify that when a user uploads a file to Freenet, the software breaks down the file into pieces (called "blocks") and encrypts each piece.  The encrypted pieces are then distributed randomly and stored throughout the network of peers.  The software also creates an index piece that contains a list of all the pieces

2

of the file and unique key that is used to download the file.  The key is a series of letters, numbers and special characters.

Dr. Levine will testify that for a user to download a file on Freenet, the user must have the key for the file.  Users can locate keys from message boards associated with Freenet, from Freenet's filesharing page; or directly through the user's web browser while the user is connected to the Freenet network.  Dr. Levine will testify that once a user attempted to download a file via Freenet, the software downloads the piece of the file containing the index.  Freenet then requests all of the pieces of the file from the user's peers.  Freenet divides the requests in a roughly equal portion to each of the user's peers.  If the user's peer does not have the particular piece in its storage, that peer will then divide up the request in rough equally amounts and send to its peers.  To prevent the requests from going on indefinitely, Freenet limits the number of times a request may be forwarded.

Dr. Levine will also testify that Freenet attempts to hide which computer uploaded a file into or downloaded a file by randomizing and making it difficult to differentiate whether a request for a piece that comes in from a peer originated with that peer or whether the peer was forwarding a requesting from another peer.  Dr. Levine may also testify regarding Freenet's sharing of user information, including not masking a computer's IP address.

Dr. Levine will also testify regarding the use of Freenet by individuals to engaged in the trafficking of child sexual abuse material (CSAM).

**Basis and Reasons for the Opinion**: Dr. Levine's testimony is guided by

3

his experience and academic study into digital forensics and computer engineering, including his experience with peer-to-peer sharing software, including Freenet. Dr. Levine may also rely on peer-reviewed literature to provide context to the results of his analysis.

Likewise, it is possible that Dr. Levine may be called upon to answer hypothetical questions regarding the above-described subjects based upon evidence presented at trial or to rebut any defense theory – at which point it would be expected that Dr. Levine would draw upon his extensive experience investigating crimes involving the sexual exploitation of children.

**Qualifications:** Dr. Levine has over 30 years of experience in the fields of computer science, computer engineering and digital forensics. As described in detail in his attached curriculum vitae, Dr. Levine is a professor and associated dean at the University of Massachusetts, Amherst, and is also the director of the UMass Security Institute. Dr. Levine's research interest focuses on security and networking, including topics within thwarting crimes against children, peer-to-peer networking, mobile systems, forensics, privacy, and disruption tolerant networks. Dr. Levine has numerous fellowships and awards within his professional field.

Fed.R.Crim.P. 16(a)(1)(G)(iii) additionally requires a list of all publications authored by Dr. Levine in the previous 10 years and a list of all cases in which, during the previous four (4) years, Dr. Levine has testified as an expert at trial or by deposition. Dr. Levine's lengthy publication list is included in his attached curriculum vitae. In addition to academic publications, Dr. Levine also authored a

2022 report to Congress regarding the efficacy of investigations of online child sexual exploitation.   Additionally, Dr. Levine's expert testimony and written declarations are also provided in his curriculum vitae.

Defense counsel has been provided with copies of this witness's peer-reviewed articles relevant to his specific testimony in this case, as well as a copy of his curriculum vitae which includes citations to other publicly available documents and publications. Pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v), the government will provide a supplemental signed report prior to trial.

Respectfully submitted,

RYAN A. KRIEGHAUSER
United States Attorney


_____*/s/ Sara L. Walton*_____
Sara L. Walton #24106
Assistant U.S. Attorney
District of Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
sara.walton@usdoj.gov

ENCLOSURES:
    Attachment 1: Curriculum Vitae re: Dr. Brian Levine

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of August, 2025, I electronically filed the foregoing Response with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kirk Redmond, attorney for the defendant.

By:    _/s/ Sara L Walton2850_
Sara L. Walton, KS Bar No. 24106
Assistant United States Attorney

6