# Brian Neil Levine

140 Governors Drive
Amherst, MA 01003

## Professional Experience

- **University of Massachusetts, Amherst**, MA
  *Distinguished Professor*, Manning College of Information & Computer Sciences — June 2024–present
  *Associate Dean of Information Technology and Facilities*, CICS — September 2025–present
  *Director*, UMass Cybersecurity Institute — Jan. 2015–present
  *Co-Director*, Accelerator for Responsible Technology — June 2022–present
  *Professor* — Sept. 2010–August 2024
  *Associate Professor* — Sept. 2005–Aug. 2010
  *Assistant Professor* — Sept. 1999–Aug. 2005

  Research interests focus on security and networking, including topics within thwarting crimes against children, peer-to-peer networking, mobile systems, forensics, privacy, and disruption tolerant networks.

- **MIT Lincoln Laboratory**, Lexington, MA — Aug. 2020–May 2021
  *Visiting Scientist* (and consultant) in Cyber Operations & Analysis Technology (Group 57).

- **National Institute of Justice**, Washington, DC — June 2020–Feb. 2021
  *Consultant*, sole author of NIJ's Report to Congress as required by the 2008 PROTECT Act.

- **Fiksu, Inc.**, Boston, — June 2012–June 2013
  *Vice President, Research:* Real-time bidding advertisement networks; empirical analysis, optimization, and algorithmic design in the context of a "big data" production system.

- **Intel Research**, Cambridge, UK — July 2004
  *Visiting Researcher*. Topics: disruption tolerant networking.

- **Sprint Advanced Technology Laboratories**, Burlingame, CA
  *Consultant*. Topics: mirror servers on the Internet. — July–Aug. 2000
  *Consultant*. Topics: deployment of multicast on the Internet. — July–Aug. 1999

- **University of California — Santa Cruz**, CA — Oct. 1994–June 1999
  *Research Assistant*. Topics: multicast-related protocols.

- **Institut National de Recherche en Informatique et en Automatique (INRIA)**, Sophia-Antipolis, France — May–Aug. 1998
  *Research Intern*. RODEO project. Topics: large-scale multicast applications.

- **Lucent Technologies, Bell Laboratories**, Holmdel, NJ — June–Sept. 1997
  *Research Intern*. Networking Software Research Department. Topics: IP multicast.

- **Sun Microsystems Laboratories**, Mountain View, CA — June–Sept. 1996
  *Research Intern*. High-Speed Networking group. Topics: ATM-based reliable multicast.

## Education

- **Ph.D. in Computer Engineering**, University of California — Santa Cruz, June 1999
  Dissertation: "Network Support for Group Communication"
  Advisor: Prof. J.J. Garcia-Luna-Aceves

- **M.S. in Computer Engineering**, University of California — Santa Cruz, June 1996
  Master's Thesis: "A Comparison of Known Classes of Reliable Multicast Protocols"
  Advisor: Prof. J.J. Garcia-Luna-Aceves

- **B.S. in Applied Mathematics & Computer Science**, State University of New York at Albany, May 1994
  Phi Beta Kappa; *magna cum laude;* Dean's List every semester; GPA 3.73/4.00
  New York State Regent's Scholarship (1990)

1

## Fellowships and Awards

- **2022 Univ. of California Santa Cruz Baskin Engineering Distinguished Graduate Alumnus.** Awarded to one graduate alum each year by the University of California Santa Cruz Baskin School of Engineering based on professional achievements. https://news.ucsc.edu/2022/04/brian-levine.html

- **2020 ACM Fellow**, *"For contributions to network forensics, security, and privacy, and for thwarting crimes against children"*. The ACM Fellows program recognizes the top 1% of ACM Members for their outstanding accomplishments in computing and information technology and/or outstanding service to ACM and the larger computing community. Fellows are nominated by their peers, with nominations reviewed by a distinguished selection committee. https://awards.acm.org/award-recipients/levine_UJ71277

- **2017 IEEE Infocom Test of Time Award** for "MaxProp: Routing for Vehicle-Based Disruption-Tolerant Networks," published in IEEE INFOCOM 2006. The IEEE INFOCOM Test of Time Paper Award recognizes papers published between 10 to 12 years ago in the INFOCOM Proc. that have been most cited and widely recognized to have a significant impact on the research community.

- **UMass Spotlight Scholar** (May 2016). Scholars are faculty who have demonstrated academic quality and leadership, nominated from tenure-track and non-tenure-track faculty on the Amherst campus.

- **Runner-up for Best Paper Award** at the 2013 International World Wide Web (WWW) Conference for "Measurement and Analysis of Child Pornography Trafficking on P2P Networks" (Hurley et al.); Out of 122 accepted papers (and 831 submissions).

- Co-advised Aruna Balasubramanian's dissertation, which received the *Runner-up ACM SIGCOMM Doctoral Dissertation Runner-up award* in 2011. (Co-advisor: Arun Venkataramani)

- **2011 Outstanding Research Award**, College of Natural Sciences, UMass Amherst. Awarded in part for work in digital forensics and crimes against children. Presented each year to two faculty from across 16 departments.

- **2008 Alumni Award for Excellence in Science & Technology** from the University at Albany (SUNY).

- **2007 Outstanding Teacher Award,** College of Natural Sciences & Mathematics, UMass Amherst. Awarded in part for working with undergraduates in research, curriculum and course development, and classroom activities.

- **2004 Outstanding Paper award** at *ISOC Symposium on Network and Distributed System Security (NDSS)* for "An Analysis of the Degradation of Anonymous Protocols" (Wright, Adler, Levine, and Shields).

- **2004 Nominee for the Caspar Bowden Award** for Privacy Enhancing Technologies for "Timing attacks in low-latency mix-based systems". In Financial Crypto 2004. From among all papers in any peer-reviewed venue.

- **2003 Lilly Fellowship for Teaching Excellence.** Run by the UMass Center for Teaching (CFT), this competitive program is based on applicant's student teaching evaluations and a project proposal. The yearlong program includes collaboration with the CFT on individual projects and discussions with other Fellows to share ideas and experiences related to teaching excellence at the college level.

- **2002 National Science Foundation Faculty Early Career Development (CAREER)** recipient. This $410,000 grant is the NSF's "most prestigious award in support of early-career faculty who have the potential to serve as academic role models in research and education and to lead advances in the mission of their department or organization."

## Keynotes and Select Invited Talks

1. *Invited Talk*, "Shining Light on Internet-based Crimes Against Children," USENIX Security Symposium, Santa Clara, CA, August 15, 2019.

2. *Keynote*, "Thwarting Internet-based Sexual Exploitation Crimes Against Children," Yahoo Tech Pulse conference, Sunnyvale, CA, December 2015.

3. *Keynote*, "Fighting Internet-based Sexual Exploitation Crimes Against Children," 6th International Systems and Storage Conference (SYSTOR), held in cooperation with USENIX and the Technion Center of Excellence (TCE). Haifa, Israel, June 2013.

4. *Keynote*, "Deployment of a Diverse, Outdoor Mobile Testbed," ICST Workshop on Networking in Public Transportation. Waterloo, Canada, August 2006.

## Security clearance

Active US secret security clearance.

## Publications

*According to Google (http://scholar.google.com/citations?user=oHbIF48AAAAJ) as of August 2025:*

- *22,000+ citations total*
- *h-index of 58; and 47 papers with at least 100 citations each.*

## Reports to Congress

1. Brian Levine, "Increasing the Efficacy of Investigations of Online Child Sexual Exploitation". Published May 2022. On behalf of the National Institute of Justice, as required by the PROTECT Act of 2008. 164 pages. NCJ Number 301590. https://scholarworks.umass.edu/entities/publication/12a5e13f-20d3-4e89-b0b4-4fbdc5b4e688

## Peer-Reviewed Journal Articles and Book Chapters

2. Brian Levine, Joanne Pasquarelli, and Clay Shields, "Reference Guide on Computer Science", Reference Manual on Scientific Evidence (Fourth Edition), National Academies of Sciences, Engineering, and Medicine, 2025 (to appear). (by invitation and peer reviewed). 79 pages.
3. Keen Sung, Joydeep Biswas, Erik Learned-Miller, Brian Levine, and Marc Liberatore. "Server-side traffic analysis reveals mobile location information over the Internet." *IEEE Transactions on Mobile Computing*, Volume 18, Issue 6, June 2019. Pages 1407–1418. DOI: 10.1109/TMC.2018.2857777
4. George Bissias, Brian Levine, Marc Liberatore, and Swagatika Prusty, "Forensic Identification of Anonymous Sources in OneSwarm." *IEEE Transactions on Dependable and Secure Computing*, Volume 14: Issue 6, Nov 2017. pages 620–632.
5. George Bissias, Brian Levine, Marc Liberatore, Brian Lynn, Juston Moore, Hanna Wallach, and Janis Wolak, "Characterization of Contact Offenders and Child Exploitation Material Trafficking on Five Peer-to-Peer Networks." *Elsevier Child Abuse & Neglect*, 52:185–199, February 2016.
6. Marc Liberatore, Brian Levine, Clay Shields, and Brian Lynn, "Efficient Tagging of Remote Peers During Child Pornography Investigations." *IEEE Transactions on Dependable and Secure Computing*, 11(5):425–439, September 2014.
7. Janis Wolak, Marc Liberatore, and Brian Levine, "Measuring a year of child pornography trafficking by U.S. computers on a peer-to-peer network". *Child Abuse & Neglect*, 38(2):347–56. February 2014.
8. N. Boris Margolin, Brian Levine, James D. Miller, and Matthew Wright, "Economic incentives for protecting digital rights online." *Electronic Commerce Research and Applications*. 10(5):553–564, September 2011.
9. Marc Liberatore, Bikas Gurung, Brian Levine, and Matthew Wright, "Empirical Tests of Anonymous Voice Over IP." *Elsevier Journal of Computer Networks and Applications.* Journal of Network and Computer Applications. January 2011. 34(1):341–350.
10. Aruna Balasubramanian, Brian Levine, and Arun Venkataramani, "Replication Routing in DTNs: A Resource Allocation Approach". *IEEE/ACM Transactions on Networking (TON)*. April 2010. 18(2):596–609.
11. Nilanjan Banerjee, Mark D. Corner, and Brian Levine, "Design and Field Experimentation of an Energy-Efficient Architecture for DTN Throwboxes." *IEEE/ACM Transactions on Networking (TON)*. April 2010. 18(2):554–567.
12. Brendan Burns, Oliver Brock, and Brian Levine, "MORA Routing and Capacity Building in Disruption-Tolerant Networks". *Elsevier Ad hoc Networks Journal*. 2008. 6(4):600–620. June 2008.
13. Matthew Wright, Micah Adler, Brian Levine, and Clay Shields. "Passive-Logging Attacks Against Anonymous Communications Systems". *ACM Transactions on Information and System Security (TISSEC)*, 2008. 11(2). 34 pages. May 2008.
14. Jim Partan, Jim Kurose, and Brian Levine. "A Survey of Practical Issues in Underwater Networks ", *Special Issue of ACM Mobile Computing Communications Review* (selected papers from WUWNet 2007 that were further reviewed), 11(4):23–33. October 2007.
15. Nathaniel E. Baughman, Marc Liberatore, and Brian Levine, "Cheat-Proof Playout for Centralized and Distributed Online Games". *IEEE/ACM Transactions on Networking (ToN)*. 15(1):1–13. February 2007.
16. Kimaya Sanzgiri, Daniel LaFlamme, Bridget Dahill, Brian Levine, Clay Shields, and Elizabeth Belding-Royer, "Authenticated Routing for Ad hoc Networks". *IEEE/ACM Journal of Selected Areas in Communications. (JSAC) Special Issue on Wireless Ad hoc Networks.* 23(3):598–610. March 2005. (Acceptance rate: 31/159, 20%).
17. Matthew Wright, Micah Adler, Brian Levine, and Clay Shields, "The predecessor attack: An analysis of a threat to anonymous communications systems". *ACM Transactions on Information and Systems Security* (TISSEC). 7(4):489–522. November 2004. (Submitted *by invitation.*)
18. Jeffrey Arnold, Brian Levine, R. Manmatha, Francis Lee, Prashant Shenoy, M.-C. Tsai, T.K. Ibrahim, D. O'Brien, D.A. Walsh, "Information Sharing in Out-of-Hospital Disaster Response: The Future Role of Information Technology". *Journal of Prehospital and Disaster Medicine*. 19(3):201–207. July–September 2004.

3

19. Brian Levine, Sanjoy Paul, and J.J. Garcia-Luna-Aceves, "Organizing Multicast Receivers Deterministically According to Packet-Loss Correlation". *ACM Multimedia Systems Journal*. 9(1):201–210. July 2003.

20. Brian Levine and Clay Shields, "Hordes: A Protocol for Anonymous Communication Over the Internet". *ACM Journal of Computer Security (JCS)*. 10(3):213–240. September 2002. (Submitted *by invitation*.)

21. Christophe Diot, Brian Levine, Brian Lyles, H. Kassan, and Doug Balsiefien, "Deployment Issues for the IP Multicast Service and Architecture". *IEEE Network, Special Issue on Multicasting*. 14(1):78–88. January 2000. Editor: Sanjoy Paul. (n.b., *IEEE Network* is a highly reviewed magazine; Acceptance rate: 6/60, 10%)

22. Christian Huitema, Christophe Diot, Brian Levine, "IP Multicast Routing", Chapter 12 of Routing in the Internet (2nd Edition) by Christian Huitema. 1999. Prentice Hall. http://www.huitema.net/rt-newversion.asp.

23. Brian Levine and J.J. Garcia-Luna-Aceves, "A Comparison of Reliable Multicast Protocols". *ACM Multimedia Systems Journal*, 6(5):334–348. August 1998.

24. Brian Levine and J.J. Garcia-Luna-Aceves, "End-to-End Reliable Multicast", Chapter 6 of Multimedia Communications: Protocols and Applications. Editors: Franklin F. Kuo, J. Joaquin Garcia Luna-Aceves, and Wolfgang Effelsberg. 1997. Pearson Technology Group.

**Peer-Reviewed Conference Papers, Workshop Papers, and Extended Abstracts**

25. Prasanna Lakkur Subramanyam, Jeng-Yu Chou, Kevin Nam, and Brian Neil Levine, "Enabling Cross-Platform Comparison of Online Communities Using Content and Opinion Similarity". *Findings of ACM Empirical Methods in Natural Language Processing (EMNLP)*, Nov. 2024. (Acceptance rate TBA)

26. Jeng-Yu and Brian Levine, "A Quantitative Analysis of Inappropriate Content, Age Rating Compliance, and Risks to Youth on the Whisper Platform", In *Proc. International Workshop on Child Online Safety and Harms (COSH) at International Conference on Availability, Reliability and Security (ARES)*. pages 1–10. July 2024. (peer-reviewed but high acceptance rate)

27. Prasanna Lakkur Subramanyam, Mohit Iyyer, and Brian Levine, "Triage of Messages and Conversations in a Large-Scale Child Victimization Corpus", 11 pages. The ACM Web Conference, May 2024, Web4Good track. (Acceptance rate: 23/122; 19%)

28. Brian Levine, Jagath Jai Kumar, Hany Farid, Edward Dixon, Eloghosa Ikponmwoba, "Indications of Child Sexual Abuse Revealed in App-Store Reviews" In *Proc. Kids' Online Privacy and Safety (KOPS)*. Co-located with SOUPS 2022, August 2022. (peer-reviewed but high acceptance rate). See also: https://www.nytimes.com/2023/08/10/business/sextortion-ai-app-danger-project-safety-reviews.html

29. George Bissias, Rainer Böhme, David Thibodeau, and Brian Levine, "Pricing Security in Proof-of-Work Systems." In *Proc. Workshop on the Economics of Information Security (WEIS)*. June 2022. 32 pages. (Acceptance rate: 16/41, 39%)

30. Brian Levine, Marc Liberatore, Brian Lynn, Matthew Wright, "A Forensically Sound Method of Identifying Downloaders and Uploaders in Freenet." In *Proc. ACM Computer and Communications Security (CCS)*, November 2020. (Acceptance Rate: 121/715; 17%)

31. Keen Sung, JianYi Huang, Mark Corner, Brian Levine, "Re-identification of Mobile Devices using Real-Time Bidding Advertising Networks." In *Proc. of the ACM MobiCom,* September 2020. 13 pages. (Acceptance rate: 63/384; 16%)

32. Keen Sung, Brian Levine, Mariya Zheleva, "Protecting location privacy from untrusted wireless service providers." In *Proc. of the ACM Wireless Security Conference (WiSec),* July 2020. 12 pages (Acceptance rate: 27/104; 30%)

33. George Bissias and Brian Levine, "Bobtail: A Proof-of-Work Target that Minimizes Blockchain Mining Variance." In *Proc. of the ISOC Symposium Network and Distributed System Security (NDSS)*, February 2020. 16 pages. (Acceptance rate: 88/506; 17%)

34. Brian Levine and Brian Lynn, "Tor Hidden Services Are a Failed Technology, Harming Children, Dissidents and Journalists." In *Lawfare*, Editor in Chief: Benjamin Wittes. January 17, 2020 (reviewed by editors).

35. George Bissias, David Thibodeau, and Brian Levine, "Bonded Mining: Difficulty Adjustment by Miner Commitment." In *Proc. of the International Workshop on Cryptocurrencies and Blockchain Technology (CBT)*, September 2019. 18 pages. (Acceptance rate: 10/32; 31%)

36. A. Pinar Ozisik, Brian Levine, George Bissias, Gavin Andresen, Darren Trapp, Sunny Katkuri, "Graphene: Efficient Interactive Set Reconciliation Applied to Blockchain Propagation." In *Proc. ACM SIGCOMM*, August 19, 2019. 17 pages. (Acceptance rate: 32/221, 14%)

37. George Bissias, Brian Levine, and David Thibodeau. "Using Economic Risk to Model Miner Hash Rate Allocation in Cryptocurrencies." In *Proc. of the International Workshop on Cryptocurrencies and Blockchain Technology (CBT'18)*, September 2018. 18 pages. (Acceptance rate: 7/39; 18%)

38. Mark D. Corner and Brian Levine, "MicroMobile: Leveraging Mobile Advertising for Large-Scale Experimentation." In *Proc. ACM International Conference on Mobile Systems, Applications, and Services (MobiSys),* June 2018. 13 pages. (Acceptance rate: 37/138; 27%)

39. Mark Corner, Brian Levine, Omar Ismail, and Angela Upreti, "Advertising-based Measurement: A Platform of 7 Billion Mobile Devices." In *Proc. ACM International Conference on Mobile Computing and Networking (MobiCom),* October 2017. 13 pages. (Acceptance Rate: 35/186; 19%)

40. George Bissias, Brian Levine, and Nikunj Kapadia, "Market-based Security for Distributed Applications." In *Proc. New Security Paradigms Workshop (NSPW),* October 2017. 16 pages. (Acceptance rate 10/25; 40%)

41. A. Pinar Ozisik, Gavin Andresen, George Bissias, Amir Houmansadr, and Brian Levine, "Graphene: A New Protocol for Block Propagation Using Set Reconciliation." In *Proc. of International Workshop on Cryptocurrencies and Blockchain Technology* (ESORICS Workshop), September 2017. 8 pages (short paper). (Acceptance rate: 10/27; 37%) Full paper: Technical Report UM-CS-2016-006, University of Massachusetts, Amherst, MA, October 2016.

42. Brian Levine, Marc Liberatore, Brian Lynn, Matthew Wright, "Statistical Detection of Downloaders in Freenet." In *Proc. International Workshop on Privacy Engineering*, co-located with 38th IEEE Symposium on Security and Privacy. May 25, 2017. (Acceptance Rate: 8/26; 31%)

43. Robert Walls, Yuriy Brun, Marc Liberatore, and Brian Levine, "Discovering Specification Violations in Networked Software Systems." In *Proc. IEEE International Symposium on Software Reliability Engineering (ISSRE),* November 2015. (Acceptance Rate: 55/172; 32%)

44. George Bissias, A. Pinar Ozisik, Brian Levine, and Marc Liberatore. "Sybil-Resistant Mixing for Bitcoin." In *Proc. ACM Workshop on Privacy in the Electronic Society (WPES),* November 2014. 10 pages. (Acceptance Rate: 17/67; 25%)

45. Saksham Varma, Robert Walls, Brian Lynn, and Brian Levine, "Efficient Smart Phone Forensics Based on Relevance Feedback." In *Proc. ACM Workshop on Security and Privacy in Smartphones and Mobile Devices*, 12 pages. November 2014. (Acceptance Rate: 11/29; 38%)

46. Keen Sung, Brian Levine, and Marc Liberatore, "Location privacy without carrier cooperation." In *Proc. IEEE Workshop on Mobile System Technologies (MoST)*, 10 pages. May 2014. (Acceptance rate: 11/30; 37%).

47. Hamed Soroush, Keen Sung, Erik Learned-Miller, Brian Levine, and Marc Liberatore. "Turning off GPS is Not Enough: Cellular location leaks over the Internet." In *Proc. Privacy Enhancing Technologies Symposium (PETS),* pp. 103–122, July 2013. (Acceptance rate: 13/69; 19%)

48. Ryan Hurley, Swagatika Prusty, Hamed Soroush, Robert Walls, Jeannie Albrecht, Emmanuel Cecchet, Brian Levine, Marc Liberatore, Brian Lynn, and Janis Wolak, "Measurement and Analysis of Child Pornography Trafficking on P2P Networks*." Runner-Up, Best Paper Award*. In *Proc. Intl. World Wide Web Conference (WWW),* 11 pages, May 2013. (Acceptance rate: 122/831; 15%)

49. Sookhyun Yang, Jim Kurose, and Brian Levine, "Disambiguation of Residential Wired and Wireless Access in a Forensic Setting." In *Proc. IEEE INFOCOM Mini-Conference,* April 2013. 5 pages. (Acceptance rate: 129/1613 in mini-conference, with 274/1613 in main conference; 25%)

50. Robert Walls, Shane Clark, and Brian Levine. "Functional Privacy or Why Cookies are Better with Milk." In *Proc. USENIX Workshop on Hot Topics in Security,* August 2012. 6 pages. (Acceptance rate: 11/39; 28%)

51. James Partan, Jim Kurose, Brian Levine, and James Preisig. "Low Spreading Loss in Underwater Acoustic Networks Reduces RTS/CTS Effectiveness." In *Proc. ACM International Workshop on UnderWater Networks (WUWNet)*, December 2011. 8 pages. (Acceptance rate: 19/24; 79%)

52. Hamed Soroush, Peter Gilbert, Nilanjan Banerjee, Brian Levine, Mark Corner, and Landon Cox. "Concurrent Wi-Fi for Mobile Users: Analysis and Measurements." In *Proc. ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT)*, 12 pages, December 2011. (Acceptance rate: 30/159; 19%)

53. Hamed Soroush, Nilanjan Banerjee, Mark Corner, Brian Levine, and Brian Lynn. "A retrospective look at the UMass DOME mobile testbed" *ACM SigMobile Mobile Computing and Communications Review (MC2R)*, 15(4):2–15, October 2011. (Invited paper)

54. Swagatika Prusty, Brian Levine, and Marc Liberatore. "Forensic Investigation of the OneSwarm Anonymous Filesharing System." In Proc. *ACM Conference on Computer & Communications Security (CCS),* 13 pages, October 2011. (Acceptance Rate: 60/429; 14%)

55. Robert Walls, Brian Levine, Marc Liberatore, and Clay Shields. "Effective Digital Forensics Research is Investigator-Centric." In *Proc. USENIX Workshop on Hot Topics in Security (HotSec),* August 2011. 7 pages. (Acceptance rate: 11/56; 20%).

56. Robert Walls, Erik Learned-Miller, and Brian Levine. "Forensic Triage for Mobile Phones with DEC0DE." USENIX Security, August 2011. 14 pages. (Acceptance rate: 35/204; 17%)

57. George Bissias, Brian Levine, and Ramesh Sitaraman. "Assessing the Vulnerability of Replicated Network Services." In *Proc. ACM Conference on emerging Networking EXperiments and Technologies (CoNEXT)*, 12 pages, November 2010. (Acceptance rate: 28/147; 19%)

58. Marc Liberatore, Brian Levine, and Clay Shields. "Strengthening Forensic Investigations of Child Pornography on P2P Networks." In *Proc. ACM Conference on Future Networking Technologies (CoNEXT),* 12 pages, November 2010. (Acceptance rate: 28/147; 19%)

59. John Tuttle, Robert Walls, Erik Learned-Miller, and Brian Levine, "Reverse Engineering for Mobile Systems Forensics with Ares." In *Proc. ACM Workshop on Insider Threats,* 8 pages, October 2010. (Acceptance rate: 7/12; 58%)

60. Marc Liberatore, Robert Erdely, Thomas Kerle, Brian Levine, and Clay Shields. "Forensic Investigation of Peer-to-Peer File Sharing Networks." In *Proc. DFRWS Annual Digital Forensics Research Conference*, 11 pages August 2010. (Acceptance rate: 16/39; 41%)

61. Brian Levine and Marc Liberatore, "DEX: Digital Evidence Exchange for Reproducibility, Comparison, and Reliability." In *Proc. of DFRWS Annual Conference on Digital Forensics,* August 2009. 9 pages. (Acceptance rate: 15/40; 38%)

62. Hamed Soroush, Nilanjan Banerjee, Aruna Balasubramanian, Mark D. Corner, Brian Levine, and Brian Lynn, "DOME: A Diverse Outdoor Mobile Testbed." In *Proc. ACM Intl. Workshop on Hot Topics of Planet-Scale Mobility Measurements (HotPlanet)*, 6 pages. June 2009. (Acceptance rate: 5/13; 38%)

63. Brian Levine and Gerome Miklau, "Auditing and Forensic Analysis." In M. Tamer A-Zsu and Ling Liu, editors, *Encyclopedia of Database Systems*. Springer-Verlag, June 2009. 6 pages.

64. Aruna Balasubramanian, Brian Levine, and Arun Venkataramani, "Enabling Interactive Web Applications in Hybrid Networks." In *Proc. ACM MobiCom*, pp. 70–80. September 2008. (Acceptance rate: 31/264; 12%)

65. Nilanjan Banerjee, Mark D. Corner, Don Towsley, and Brian Levine. "Relays, Base Stations, and Meshes: Enhancing Mobile Networks with Infrastructure." In *Proc. of ACM MobiCom*, pp. 81–91. September 2008. (Acceptance rate: 31/264; 12%)

66. Aruna Balasubramanian, Ratul Mahajan, Arun Venkataramani, Brian Levine, John Zahorjan, "Interactive WiFi Connectivity for Moving Vehicles." In *Proc. ACM SIGCOMM,* pp. 427–438. August 2008. (Acceptance rate: 36/288; 13%)

67. N. Boris Margolin and Brian Levine "Quantifying Resistance to the Sybil Attack." In *Proc. Financial Cryptography and Data Security (FC)*, pp. 1–15. January 2008. (Acceptance rate: 26/89; 30%)

68. John Burgess, George Bissias, Mark D. Corner, and Brian Levine, "Surviving Attacks on Disruption-Tolerant Networks without Authentication." In *Proc. of The ACM International Symposium on Mobile Ad hoc Networking and Computing (MobiHoc)*, pp. 61–70. September 2007. (Acceptance rate: 27/146; 19%)

69. Xiaolan Zhang, Jim Kurose, Brian Levine, Don Towsley, and Honggang Zhang, "Study of a Bus-Based Disruption Tolerant Network: Mobility Modeling and Impact on Routing." In *Proc. ACM Annual International Conference on Mobile Computing and Networking (MobiCom),* pp. 195–206. September 2007. (Acceptance rate: 26/233; 11%)

70. Aruna Balasubramanian, Yun Zhou, W. Bruce Croft, Brian Levine, and Arun Venkataramani, "Web Search on a Bus." In *Proc. ACM Workshop on Challenged Networks (CHANTS),* pp. 59–66. September 2007. (Acceptance rate: 11/29; 38%)

71. Aruna Balasubramanian, Brian Levine, and Arun Venkataramani, "DTN Routing as a Resource Allocation Problem". In *Proc. ACM SIGCOMM*, pp. 373–384. August 2007. (Acceptance rate: 35/258; 14%)

72. Patrick Stahlberg, Gerome Miklau, and Brian Levine, "Threats to Privacy in the Forensic Analysis of Database Systems". In *Proc. ACM Intl Conf. on Management of Data (SIGMOD)*, pp. 91–102. June 2007. (Acceptance rate: 69/480; 14%)

73. George Bissias, Brian Levine, and Arnold Rosenberg, "Bounding Damage from Link Destruction with Application to the Internet." in *Proc. ACM SIGMETRICS,* pp. 367–368. June 2007. (Acceptance rate: 48/170, 28%; i.e., 170 submissions, of which 29 were accepted as full papers, 17 were accepted as extended abstracts.)

74. Nilanjan Banerjee, Mark D. Corner, and Brian Levine, "An Energy-Efficient Architecture for DTN Throwboxes." In *Proc. IEEE Infocom*, pp. 776–784. May 2007. (Acceptance rate: 252/1400; 18%)

75. N. Boris Margolin and Brian Levine, "Informant: Detecting Sybils Using Incentives." In *Proc. Financial Cryptography (FC),* pp. 192–207. February 2007 (Acceptance rate: 17/100; 17%).

76. Gerome Miklau, Patrick Stahlberg, and Brian Levine, "Securing History: Privacy and Accountability in Database Systems". In *Proc. Biennial ACM/VLDB Conference on Innovative Data Systems Research (CIDR),* pp. 387–396. Jan 2007 (Acceptance rate: 35/80; 44%)

77. Marc Liberatore, Brian Levine, Chadi Barakat, "Maximizing Transfer Opportunities in Bluetooth DTNs." In *Proc. ACM Conference on Future Networking Technologies (CoNext),* 11 pages. December 2006. (Acceptance rate: 19/86; 22%)

78. Marc Liberatore and Brian Levine. "Inferring the Source of Encrypted HTTP Connections." In *Proc. ACM conference on Computer and Communications Security (CCS),* pp. 255–263. October 2006. (Acceptance rate: 38/256; 15%)

79. Wenrui Zhao, Yang Chen, Mostafa Ammar, Mark D. Corner, Brian Levine, and Ellen Zegura. "Capacity Enhancement using Throwboxes in DTNs". In *Proc. IEEE Intl Conf on Mobile Ad hoc and Sensor Systems (MASS),* pp. 31–40. October 2006. (Acceptance rate: 49/197; 25%)

80. Jim Partan, Jim Kurose, and Brian Levine. "A Survey of Practical Issues in Underwater Networks." In *Proc. ACM International Workshop on UnderWater Networks (WUWNet),* pp. 17–24. September 2006. (Acceptance rate: 10/30; 33%)

81. Brendan Burns, Oliver Brock, Brian Levine, "Autonomous Enhancement of Disruption Tolerant Networks", In *Proc. IEEE International Conference on Robotics and Automation (ICRA),* pp. 2105–2110. May 2006 (Acceptance rate 39%)

82. Chris Piro, Clay Shields, and Brian Levine, "Detecting the Sybil Attack in Ad hoc Networks". In *Proc. IEEE/ACM International Conference on Security and Privacy in Communication Networks (SecureComm),* pp. 1–11. August 2006. (Acceptance rate: 32/126; 25%)

83. John Burgess, Brian Gallagher, David Jensen, Brian Levine, "MaxProp: Routing for Vehicle-Based Disruption-Tolerant Networks". *Proc. IEEE INFOCOM*, 11 pages. May 2006 (Acceptance rate: 252/1400; 18%)

84. Matt Yurkewych, Brian Levine, and Arnold Rosenberg, "On the Cost-Ineffectiveness of Redundancy in Commercial P2P Computing." In Proc. *ACM conference on Computers & Communications Security (CCS),* pp. 280–288. November 2005. (Acceptance rate: 38/249; 15%)

85. Andrew Fast, David Jensen, Brian Levine, "Creating Social Networks to Improve Peer-to-Peer Networking." In *Proc. ACM Intl. Conf. on Knowledge Discovery and Data Mining (KDD),* pp. 568–573. August 2005 (Short Paper) (acceptance rate: 76/465, 16%. Specifically, 465 papers submitted to KDD; of those 40 were accepted as full papers and 36 were accepted as short papers, with the remainder rejected.)

86. Aaron St. John and Brian Levine, "Supporting P2P Gaming When Players Have Heterogeneous Resources." In Proc. *ACM Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV),* pp. 1–6. June 2005. (Acceptance rate: 33/88; 38%)

87. George Bissias, Marc Liberatore, David Jensen, and Brian Levine, "Privacy Vulnerabilities in Encrypted HTTP Streams." In *Proc. Privacy Enhancing Technologies Workshop (PET),* pp. 1–11. May 2005. (Acceptance rate: 18/71, 25%)

88. Brendan Burns, Oliver Brock, Brian Levine, "*MV* Routing and Capacity Building in Disruption Tolerant Networks." In *Proc. IEEE INFOCOM*, pp. 398–408. March 2005. (Acceptance rate: 244/1419, 17%)

89. N. Boris Margolin, Matthew K. Wright, Brian Levine, "Analysis of an Incentives-based Protection System." In *Proc. ACM Digital Rights Management Workshop (DRM),* pp. 22–30. October 2004. (Acceptance rate: 10/37, 27%)

90. Haizheng Zhang, Bruce Croft, Victor Lesser, Brian Levine, "A Multi-agent Approach for Peer-to-Peer based Information Retrieval System." In *Proc. Intl. Joint Conference on Autonomous Agents and Multi Agent Systems (ICAPS)*, pp 456–464. June 2004. (Acceptance rate: 142/592, 24%)

91. Jacky Chu, Kevin Labonte, Brian Levine, "An Evaluation of Chord using Traces of Peer-to-Peer File Sharing", (extended abstract) in *Proc. ACM SIGMETRICS/Performance,* pp. 432–433. June 2004. (Acceptance rate: 22/252, 17%; i.e., 252 submissions, 21 full papers, 22 extended abstracts)

92. N. Boris Margolin, Matthew K. Wright, Brian Levine, "SPIES: Secrets Protection Incentives-based Escrow System." In *Proc. Second Workshop on the Economics of Peer-to-Peer Systems* (P2PEcon), 6 pages. June 2004. (Acceptance rate: 23/63, 37%)

93. Brian Levine, Mike Reiter, Chenxi Wang, and Matthew Wright, "Timing Attacks in Low-Latency Mix Systems." In *Proc. Financial Cryptography (FC),* pp 251–265 February 2004. (Acceptance rate: 17/78, 22%)

94. Katrina M. Hanna, Brian Levine, and R. Manmatha, "Mobile Distributed Information Retrieval for Highly Partitioned Networks." In *Proc. IEEE Intl. Conference on Network Protocols (ICNP),* pp. 38–47. November 2003. (Acceptance rate: 30/230, 13%)

95. Matthew Wright, Micah Adler, Brian Levine, and Clay Shields, "Defending Anonymous Communication Against Passive Logging Attacks." In *Proc. IEEE Symposium on Security and Privacy*, pp. 28–41. June 2003. (Acceptance rate: 19/131, 15%)

96. Daniel Bernstein, Zhengzhu Feng, Brian Levine, and Shlomo Zilberstein, "Adaptive Peer Selection." In *Proc. Intl. Workshop on Peer-to-Peer Systems (IPTPS)*, pp. 237–246. February 2003. (Acceptance rate: 27/165, 16%)

97. Kimaya Sanzgiri, Bridget Dahill, Brian Levine, Clay Shields, and Elizabeth Belding-Royer, "A Secure Routing Protocol for Ad Hoc Networks." In *Proc. IEEE Intl. Conference on Network Protocols (ICNP),* pp. 78–89. November 2002. (Acceptance rate: 32/217, 15%)

98. Jacky Chu, Kevin Labonte, and Brian Levine, "Availability and Locality Measurements of Peer-to-Peer File Systems." In *Proc. ITCom: Scalability and Traffic Control in IP Networks II Conferences*, 12 pages. SPIE Vol. #4868. July 2002. (By invitation.)

99. Matthew Wright, Micah Adler, Brian Levine, and Clay Shields, "An Analysis of the Degradation of Anonymous Protocols." In *Proc. ISOC Network and Distributed System Security Symposium (NDSS)*, pp. 38–50. February 2002. *Received the Outstanding Paper Award.* (Acceptance rate: 16/79, 20%)

7

100. James Davis, Andy Fagg, and Brian Levine, "Wearable Computers as Packet Transport Mechanisms in Highly Partitioned Ad hoc Networks." In *Proc. IEEE Intl. Symposium on Wearable Computers (ISWC),* pp. 141–148. October 2001. (Acceptance rate: 36/157, 23%)

101. Vincent Scarlata, Brian Levine, and Clay Shields, "Responder Anonymity and Anonymous Peer-to-Peer File Sharing." In *Proc. IEEE Intl. Conference on Network Protocols (ICNP)*, pp. 272–280. November 2001. (Acceptance rate: 36/157, 23%)

102. Katrina M. Hanna, Nandini Natarajan, and Brian Levine, "Evaluation of a Novel Two-Step Server Selection Metric." In *Proc. IEEE Intl. Conference on Network Protocols (ICNP),* pp. 290–300. November 2001. (Acceptance rate: 36/157, 23%)

103. Nathaniel E. Baughman and Brian Levine, "Cheat-Proof Playout for Centralized and Distributed Online Games." In *Proc. IEEE INFOCOM*, pp. 104–113. April 2001. (Acceptance rate: 192/830, 23%)

104. Clay Shields and Brian Levine, "A Protocol for Anonymous Communication Over the Internet." In *Proc. ACM Conference on Computer and Communication Security (CCS),* pp. 33–43. November 2000. (Acceptance rate: 28/131, 21%)

105. Joerg Walz and Brian Levine, "A Hierarchical Multicast Monitoring Scheme." In *Proc. Intl. Workshop on Networked Group Communication (NGC),* pp. 105–116. November 2000. (Acceptance rate: 12/49, 25%)

106. Brian Levine, Jon Crowcroft, Christophe Diot, J.J. Garcia-Luna Aceves, and James F. Kurose, "Consideration of Receiver Interest for IP Multicast Delivery." In *Proc. IEEE INFOCOM*, pp. 470–479. March 2000. (Acceptance rate: 192/735, 26%)

107. Brian Levine, Sanjoy Paul, and J.J. Garcia-Luna-Aceves, "Organizing Multicast Receivers Deterministically According to Packet-Loss Correlation." In *Proc. ACM Intl. Multimedia Conference (Multimedia),* pp. 201–210. September 1998. (Acceptance rate unpublished)

108. Brian Levine and J.J. Garcia-Luna-Aceves, "Improving Internet Multicast with Routing Labels." In *Proc. IEEE Intl. Conference on Network Protocols (ICNP),* pp. 241–250. October 1997. (Acceptance rate: 32/81, 40%)

109. Brian Levine, David Lavo, and J.J. Garcia-Luna-Aceves, "The Case for Concurrent Reliable Multicasting Using Shared Ack Trees." In *Proc. ACM Intl. Multimedia Conference (Multimedia)*, pp. 365–376. November 1996. (Acceptance rate: 40/142, 28%)

110. Brian Levine and J.J. Garcia-Luna-Aceves, "A Comparison of Known Classes of Reliable Multicast Protocols." In *Proc. IEEE Intl. Conference on Network Protocols (ICNP),* pp. 112–121. October 1996. (Acceptance rate: 31/96, 32%)

## Selected Technical Reports

*I list these technical reports, which are not peer reviewed, as they have high citation counts according to Google scholar.*

111. A. Pinar Ozisik, George Bissias, and Brian Levine, "Estimation of Miner Hash Rates and Consensus on Blockchains". arXiv:1707.00082, July 2017. [30 citations]

112. A. Pinar Ozisik, and Brian Levine, "An Explanation of Nakamoto's Analysis of Double-spend Attacks." arXiv:1701.03977, January 2017. [40 citations]

113. George Bissias, Brian Levine, A. Pinar Ozisik, and Gavin Andresen, "An Analysis of Attacks on Blockchain Consensus."  arXiv:1610.07985, October 2016. [49 citations]

114. Anthony Bellissimo, Prashant Shenoy, Brian Levine, "Exploring the Use of BitTorrent as the Basis for a Large Trace Repository". Tech. Rep. 04-41, University of Massachusetts Amherst, Dept. of Computer Science, June 2004. [103 citations]

115. Brian Levine, Clay Shields, and N. Boris Margolin, "A Survey of Solutions to the Sybil Attack". Tech report 2006-052, University of Massachusetts Amherst, Amherst, MA, October 2006. [396 citations]

## Research Funding

G1. PI: G. Bissias, Co-PI: B. Levine, "Semantic Hashing: New Technologies for Enhancing Methods of Identifying Known CSAM for Law Enforcement and Industry", Safe Online. $250,000, August 2025–July 2025.

G2. PI: B. Levine, Co-PI: G. Bissias, "Research and Development for IINIU", Department of Justice. $60,000, May 2025–May 2026.

G3. PI: G. Bissias, Co-PI: B. Levine, "Advances in Detection and Investigation Services for FOTS/ROOST's Child Safety Platform", Roost. $300,000, May 2024–May 2025.

G4. PI: B. Levine, Co-PI G. Bissias, "Child Sexual Abuse (CSA) on Apps and Social Media Platforms", $550,000 (including $50k cost share). Oak Foundation. November 2024–October 2026.

G5. PI: B. Levine, Co-PI: G. Bissias, "RoundUp and ICACCOPS Tools, Services and System Enhancement", $200,000. December 2024–August 2025. Fox Valley Technical College.

G6. PI: B. Levine, Co-PI: G. Bissias, "Development of a Software Application", Department of Justice. $145,000, October 2024– September 2025.

G7. PI: G. Bissias, Co-PI: B. Levine, "Development for Investigative Online Tools", Department of Justice. $353,000, October 2024– September 2025.

G8. PI: B. Levine, Co-PI: G. Bissias, "Research and Development for IINIU", Department of Justice. $100,000, May 2024–May 2025.

G9. PIs: B. Levine and G. Bissias, "AI-based Moderation of User-based and Generative Content at the Edge", Adobe, $20,000. UMass-Adobe Cloud and Edge Computing Research Project, April 2024.

G10. PI: B. Levine, Co-PI: G. Bissias, "Video Hash Benchmarking", The Technology Coalition. $55,850. September 2023–March 2024.

G11. PI: B. Levine, Co-PI: G. Bissias, "Support for the Heat Initiative", Heat Initiative. $10,000. June 2023

G12. PI: G. Bissias, Co-PI: B. Levine, "Secure Internet File Transfer System (SIFTS)", Department of Justice. September 2023–September 2024, $300,000.

G13. PI: B. Levine, Co-PI: G. Bissias, "Development for Investigative Online Tools", Department of Justice. $341,000, August 2023– August 2024.

G14. PI: B. Levine, Co-PI: G. Bissias, "Research and Development for IINIU", Department of Justice. $440,000, May 2023–May 2024.

G15. PI: B. Levine, "Support for a Counter Influence Operation Testbed (Phase 2)", MIT Lincoln Laboratory. $115,228. January 2023–October 2022.

G16. PI: B. Levine, "Creation of an On-Campus Digital Forensics Internship Program", National Science Foundation. $616,539. August 2022–August 2025. Supplement to DGE- 2043084.

G17. PI: B. Levine, Co-PI: G. Bissias, "Novel Methods for CEOU", Department of Justice. $600,000. August 2022– August 2023.

G18. PI: B. Levine, Co-PI: G. Bissias, "Support for a Counter Influence Operation Testbed (Phase 1)", MIT Lincoln Laboratory. $175,000. January 2022–December 2022.

G19. PI: B. Levine, Co-PI: G. Bissias, "Novel Methods for CEOU", Department of Justice. $250,000. August 2021– August 2022.

G20. PI: B. Levine, Co-PI: G. Bissias, "Research and Development for IINIU", Department of Justice. $440,000. May 2022–May 2023.

G21. PI: G. Bissias, Co-PI: B. Levine, "Research and Development for Thwarting Crimes Against Children", Department of Justice. $1,620,000. August 2021–July 2023.

G22. PI: B. Levine, Co-PIs: M. Liberatore, D. Holcomb, W. Burleson, "Renewal of the Scholarship for Service Program at the University of Massachusetts Amherst", National Science Foundation. $4,425,000. July 2021–June 2027. DGE-2043084.

G23. PI: B. Levine, Co-PI: G. Bissias, "Research and Development for IINIU", Department of Justice. $440,000. May 2021–May 2022.

G24. PI: B. Levine, Co-PI: G. Bissias, "Research and Development of Technology to Support Child Rescue", Department of Justice. $512,000. August 2020–July 2021.

G25. PI: B. Levine, Co-PI: H. Farid, "Quantifying In-App Toxicity and Child Exploitation for a Better-Informed Public and Industry", Oak Foundation. $250,000 (including UMass and UCB). May 2021–April 2023. OFIL-21-023.

G26. PI: G. Bissias, Co-PI: B. Levine, "STTR Phase II: Increased Scalability for Blockchains applied to Healthcare", $300,000 ($989,853 total with Tamarin/SimplyVital Health). National Science Foundation. Feb 2021–Jan 2023. IIP-2026461

G27. PI: B. Levine, "Research and Development for IINIU", Department of Justice. $440,000, May 2020–May 2021.

G28. PI: B. Levine, Co-PI G. Bissias, "STTR Phase I: Increased Scalability for Blockchains applied to Healthcare", National Science Foundation. $78,500 ($225k total with SimplyVital Health). June 2019 – March 2020. IIP-1913753

G29. PI: B. Levine, "Research and Development for IINIU", Department of Justice. $440,000. May 2019–May 2020.

G30. PI: B. Levine, Co-PI: M. Corner, "New Tools that Meet the Challenges of Mobile Phones and VPNs in Child Sexual Exploitation Investigations", Office of Juvenile Justice and Delinquency Prevention (OJJDP). $750,000. October 2018–September 2022. 2018-MC-FX-K059

G31. PI: G. Bissias, Co-PI: B. Levine, "Graphene v2 Improvements and Extensions", Bitcoin Unlimited. $50,000. Oct 2018

G32. PI: B. Levine, "Research and Development for IINIU", Department of Justice. $440,000. May 2018–May 2019.

G33. PI: G. Bissias, Co-PI: B. Levine, "Graphene", Bitcoin Unlimited. $32,000. May 2018.

G34. PI: B. Levine, "Research and Development for IINIU", Department of Justice. $440,000. May 2017–May 2018.

G35. PI: A. McCallum, Co-PI: B. Levine, $5,000,000 match to the MassMutual Foundation gift listed next; Massachusetts Technology Collaborative. July 2016–July 2021.

G36. PI: B. Levine, Gift from MassMutual Foundation for investment in cybersecurity research and education at UMass Amherst. $3,000,000. July 2016–July 2026. (A portion of a larger gift of $15M total, with the other portion led by A. McCallum)

G37. PI: B. Levine, "Research and Development for IINIU", Department of Justice. $440,000, May 2016–May 2017.

G38. PI: B. Levine, Co-PIs: Wayne Burleson, Marc Liberatore, Mila Sherman, Eric Sommers, "CyberCorps Scholarship for Service at the University of Massachusetts Amherst", National Science Foundation. $4,200,000. Jan 2016–Dec 2022. DGE-1565521

G39. PI: B. Levine, "Investigation of Public Trafficking in Child Pornography", Operation Underground Railroad. $150,000 gift. 2015.

G40. PI: B. Levine, "Research and Development for IINIU", Department of Justice. $400,000. May 2015–May 2016.

G41. PI: B. Levine, "EAGER: Privacy-Preserving Approaches to Proactive Forensics," National Science Foundation. $100,000. June 2014-May 2015. CNS-1442069.

G42. PI: B. Levine, "Research and Development for IINIU", Department of Justice. $400,000. May 2014–May 2015.

G43. PI: B. Levine, "Research and Development for IINIU", Department of Justice. $400,000, May 2013–May 2014.

G44. PI: B. Levine, Co-PI: Erik Learned-Miller, "Triage-based Analysis of Mobile Phones", Office of Naval Research. $150,000 August 2012-July 2014. (NPS-N00244-12-1-0057)

G45. PI: Marc Liberatore, Co-PIs: B. Levine, Hanna Wallach, Janis Wolak (UNH Crimes Against Children Research Center), Thomas Kerle (Fox Valley Technical College), "RoundUp Predictive Tools", Office of Juvenile Justice and Delinquency Prevention (OJJDP). $618,000. Oct 2011-Sept 2014. 2011-MC-CX-0001

G46. PI: B. Levine, Co-PI: Marc Liberatore, "Strengthening Forensic Science for Network Investigations", National Science Foundation. $380,000 Aug 2010–July 2014. $500,000 with partner J. Wolak (UNH Crimes Against Children Research Center). CNS-1018615.

G47. PI: B. Levine, Co-PI: Dennis Goeckel "Novel Forensic Analysis for Crimes Involving Mobile Systems", National Science Foundation. $777,621 ($1.2 million with partner P. Ji at John Jay). September 2009–August 2014. CNS-0905349.

G48. PI: B. Levine, Co-PI: Marc Liberatore, "Crimes Against Children Research and Deployment", subcontract from the ICAC Task Forces, sponsored by the Office of Juvenile Justice and Delinquency Prevention (OJJDP). $150,000. Oct 2011–Sept 2012.

G49. PI: Thomas Kerle (MSP), Co-PIs: Marc Liberatore, Janis Wolak (CCRC), B. Levine, Brad Russ (Fox Valley). "Needs Assessment and Developmental Activities for the National Internet Crimes Against Children Data System (NIDS)", Office of Juvenile Justice and Delinquency Prevention (OJJDP). $213,600 for UMass. ($905,000 with all partners). Oct 2010–Sept 2012.

G50. PI: B. Levine, "RoundUp: A System for Identifying and Gathering Evidence of P2P Trafficking", National Institute of Justice. $600,000. ($682,000 including subcontract to C. Shields at Georgetown). Sept. 2008–August 2012. 2008-CE-CX-K005.

G51. PI: B. Levine, Co-PI: M. Corner, "Slivers and Slices in a Diverse, Outdoor, Mobile Network Testbed" $490,000 over 36 months. National Science Foundation GENI program. August 2008. Project number 1599; NSF Award CNS-0714770.

G52. PI: B. Levine, Co-PI: M. Corner, "NeTS-NBD: Construction of Robust and Efficient Disruption Tolerant Networks". National Science Foundation. $750,000 over 4 years (plus two-year no-cost extension). August 2005. CNS-0519881.

G53. PI: B. Levine, Co-PIs: G. Miklau, "Collaborative Research: A Northeast Partnership for Developing the Information Assurance Workforce", National Science Foundation. $290,000 over 24 months for UMass. $600K including partners P. Ji (John Jay), R. Lovely (John Jay), J. Wolak (UNH). August 2008. DUE-0830876.

G54. PI: B. Levine, Co-PIs: M. Corner, K. Fu, D. Jensen, G. Miklau, "A Student Research Education Program in Information Command and Analysis", National Security Agency/Dept. of Defense. $100,015 over 15 months. September 2009. NSA H98230-09-1-0399.

G55. PIs: B. Levine and P. Shenoy, Co-PI: J. Kurose, "The Massachusetts Center for Networked Sensing in Challenged Environments (NetSenCE)" The UMass President's Office Science & Technology Fund. $150,000 for UMass Amherst and $35,000 for partners at UMass Lowell and UMass Dartmouth.

G56. PI: M. Corner Co-PI: B. Levine, "DOME: DTN Outdoor Mobile Environment", Defense Advanced Research Projects Agency (DARPA). $330,000 over 18 months. Third phase of W15P7T-05-C-P213. August 2008. (With E. Zegura and M. Ammar GaTech.)

G57. PI: B. Levine; Co-PI: J. Kurose, "Collaborative Research: CRI: IAD: Developing a Novel Infrastructure for Underwater Acoustic Sensor Networks", National Science Foundation. $70,000 over 3 years. September 2007. CNS-0708938.

G58. PI: B. Levine; Co-PI: M. Corner, "DOME: DTN Outdoor Mobile Environment", $150,000 over 12 months. Dept. of Defense DURIP program. Contract W9F11NF-07-1-0281. April 2007.

G59. PI: B. Levine, Co-PIs: J. Kurose and Y. Diao, "Dept. of Computer Science Mentoring Program" $10,000 over 12 months. September 2008. Internal competition based on UMass grant from the Mellon Foundation.

G60. PI: B. Levine; Co-PI: M. Corner, "Improving Information Assurance Education at UMass Amherst", National Security Agency. $45,000 over 1 year. September 2007. Contract H98230-05-1-0124.

G61. PI: M. Corner Co-PI: B. Levine, "DOME: DTN Outdoor Mobile Environment", Defense Advanced Research Projects Agency (DARPA). $300,000 over 18 months. Second phase of W15P7T-05-C-P213. August 2006. (with E. Zegura and M. Ammar at GaTech)

G62. PI: B. Levine, Co-PI: J. Kurose, "Disruption-Tolerant Underwater Acoustic Networks" $32,713 over 9 months. June 2006. Office of Naval Research (Subcontract from Woods Hole Oceanographic Institute).

G63. PI: B. Levine, Co-PI: M. Corner; "Municipal Network Testbed", Defense Advanced Research Projects Agency (DARPA). May 2006. $35,000 over 4 months. Supplement to W15P7T-05-C-P213.

G64. PI: B. Levine; Co-PI: M. Corner, "Improving Information Assurance Education at UMass Amherst", National Security Agency/Dept. of Defense. $130,233 over 1 year. September 2005–December 2006. DoD H98230-05-1-0124.

G65. PI: B. Levine, "Routing Disruption and Defensives Through Topology Analysis", National Security Agency. $60,000 over 1 year. (Received via the NSF as CNS-0533524, this is typical for NSA funding.)

G66. PI: B. Levine Co-PIs: M. Corner "ALERT: Adaptive LEarning and Routing Technologies for Disruption Tolerant Networks", Defense Advanced Research Projects Agency (DARPA) BAA04-13. October 2004. $177,000 over 14 months. Contract W15P7T-05-C-P213. (with E. Zegura and M. Ammar GaTech)

G67. PI: B. Levine; Co-PI: M. Corner, "Improving Information Assurance Education at UMass Amherst", National Security Agency/Dept. of Defense. $50,000 over 1 year. August 2004. (DoD H98230-04-1-0231)

G68. PI: M. Corner; Co-PI: B. Levine, "Collaborative: A Five-College Partnership for Information Assurance Education", National Science Foundation. $247,000 over 2 years. August 2004. NSF-0416863.

G69. PI: P. Shenoy; Co-PIs: J. Kurose, B. Levine, "Distributed Research Resources: Instrumenting and Measuring Distributed Internet Applications: Trace Collection and Dissemination", National Science Foundation. $440,000 over 3 years (includes cost sharing). Sept 2003. NSF-0323597.

G70. PI: B. Levine, "Research Experience for Undergraduates (REU)", National Science Foundation. $10,000 over 3 years. August 2004. Supplement to NSF-0133055.

G71. PI: B. Levine, NSF CAREER grant, "Advances in Peer-to-Peer Networking", National Science Foundation. $407,000 over 5 years. May 2002. NSF-0133055.

G72. PI: B. Levine, "Research Experience for Undergraduates (REU)", National Science Foundation. $10,000 over 3 years. August 2002. Supplement to NSF-0080119.

G73. PI: B. Levine, NSF CISE Special Projects, "Collaborative Research: Anonymous Protocols", National Science Foundation. $160,000 total over 3 years. September 2001. NSF-0087482.

G74. PI: D. Towsley; Co-PIs: J. Kurose, A. Ganz, and others; "CISE Research Infrastructure: Infrastructure to Support Research on Mixed Wired/Wireless Information Systems". National Science Foundation. $1,000,000 over 5 years. May 2001. NSF-0080119.

G75. PI: P. Shenoy; Co-PI: B. Levine, "An Educational Laboratory for the Study of Multimedia, Networks, and Security", Cooperative Association for Internet Data Analysis (CAIDA). Grant for specific networking equipment. May 2000.

G76. PI: J. Kurose; Co-PI: A. Ganz, L. Gao, and others. "CRCD: Curriculum Development and Infrastructure for an Advanced Systems Laboratory", National Science Foundation. $500,000 over 3 years. September 2000. NSF-0087945.

G77. PI: B. Levine; Co-PI: W. Gong, "Research in Privacy and Intrusion Detection". Department of Justice, $250,000 over 2 years. April 2000. 2000-DT-CX-K001.

G78. PI: B. Levine, "Student Travel Support for ACM SIGCOMM 2000", National Science Foundation. $25,000. July 2000. NSF-0086216.

G79. PI: B. Levine, Sprint Advanced Technology Labs, $60,000. Unrestricted gift. 1999.

## Selected Professional Service

### Expert witnessing and consulting
*All cases where I have provided testimony or declarations are listed.*

- For New Mexico Office of the Attorney General. Written declaration provided to Honorable Kathleen McGarry Ellenwood. July 2025. *State of New Mexico v. Meta Platforms, Inc. et al.* No. D-101-CV-2023-02838. Ongoing.

- For U.S. Attorney's Office, District of New Hampshire. Written declaration provided to Honorable Joseph N. Laplante. August 2024. *US v. Lemieux (1:23-cr-00024)*. First Circuit. Ongoing.
- For the State of Wisconsin, *State of Wisconsin v. Wendt.* Written declaration to Circuit Court of Dane County, July 2024. Case No. 2019CF280. Ongoing.
- For the State of Illinois. *People of the State of Illinois v. Haden.* Written declaration to Circuit Court of Cook County, Criminal Division. May 2024. No. 23CR0263501.
- For U.S. Attorney's Office, District of Massachusetts. Written declaration provided to Honorable Nathaniel M. Gorton. April 2024. *US v. Daigle (1:22-cr-10035)*. First Circuit.
- For U.S. Attorney's Office, District of Massachusetts. Testimony provided to the Honorable Denise J. Casper. December 1, 2023 and January 5, 2024. *US v. Johnson.* (No. 22-CR-10066). Qualified as an expert in "digital forensics". First Circuit.
- For plaintiff in *Re: Doe v. Mindgeek USA Inc., et al.,* No. 8:21-cv-00338 (Central District of California). Written declarations and depositions. September 2023 and March 2024. Ongoing.
- For U.S. Attorney's Office, Western District of Louisiana. *US v. Brown.* Testimony provided to the Honorable Kayla D. McClusky. June 7, 2023. (No. 3:22-CR-00267-01). Qualified as an expert in "networking and digital forensics". Fifth Circuit.
- Consulting expert for defendants. *After II Movie, LLC, et al. v. RCN Telecom Services, LLC*, No. 3:21-cv-15310 (D.N.J.); *After II Movie, LLC, et al. v. Grande Communications Networks, LLC,* No. 1:21-cv-709 (W.D. Tex.); and *After II Movie, LLC, et al. v. WideOpenWest Finance, LLC,* No. 1:21-cv-1901 (D. Colo.). Ongoing.
- For Office of the Attorney General of Ontario, Canada. In *R. v. Mehndy Chaillou.* Declaration filed to the court in October 2022.
- For South Carolina Attorney General's Office. Consulting expert. *South Carolina v. Bartschat*. July 2022. Indictment nos. 2021-GS-32-6034 through 2021-GS-32-6042.
- For U.S. Attorney's Office, Middle District of North Carolina. Testimony provided to the Honorable William Osteen, April 12, 2022. *US v. McEachern* (No. 1:21CR418-1). Fourth Circuit.
- For U.S. Attorney's Office, District of Maryland. Testimony and declarations provided to the Honorable Paula Xinis, October 8, 2021, December 2, 2021, August 11, 2023. *US v. Pobre* (PX-19-348). Qualified as an expert in "digital forensics". Fourth Circuit.
- For U.S. Attorney's Office, Southern District of Florida. Testimony provided to the Honorable Bruce E. Reinhart, December 9, 2019. *US v. Sigouin* (No. 19-cr-80136-RLR). Qualified as an expert in "peer-to-peer networking and network security". Eleventh Circuit.
- For U.S. Attorney's Office, Eastern District of Pennsylvania. Testimony provided to the Honorable Paul S. Diamond, November 22, 2019. *US v. Weyerman* (No. 19-88-1). Qualified as an expert in "computer science and forensics". Third Circuit.
- For U.S. Attorney's Office, Northern District of Ohio. Consulting expert. *US v. Rogers* (No. 18-CR-26). May 2019.
- For U.S. Attorney's Office, District of Maryland Northern Division. Testimony provided to the Honorable J. Frederick Motz. August 30, 2017. *US v. Hall*, (No. JFM-16-469). Qualified an "expert in the field of peer-to-peer networking and network security". Fourth Circuit.
- For U.S. Attorney's Office, Eastern District of Missouri. Testimony provided to the Honorable Nannette A. Baker. April 19, 2017. *US v. Dickerman* (No. 4:16-CR-258 CEJ/NAB). Qualified an expert in "networks and network security". Eighth Circuit.
- For U.S. Attorney's Office, Western District of Washington. As a witness with expertise in network security, anonymous communication systems, child exploitation crimes, forensics, and more. Declaration and testimony provided to Honorable Robert J. Bryan. October 2016. *US v. Tippens* (No. CR16-5100 RJB), *US v. Lesan* (No. CR15-387 RJB), and *US v. Lorente* (No. CR15-274 RJB). Case 3:16-cr-05110-RJB. Ninth Circuit.
- For Shaevel & Krems, LLP (Boston, MA) by Daniel O'Connor, ESQ. As an expert witness "in computer engineering and security and privacy relative to it, and computer networking". Testimony in an arbitration case (American Arbitration Association). June 2005.

**In public service settings**
- Advisor to the Digital Evidence Laboratory of the Massachusetts Office of the Attorney General. September 2022–present. (Unpaid position.)
- Member of panel convened by Senator Coons (D-DE) and Senator Cornyn (R-TX) on "the threats posed by AI-generated CSAM and how lawmakers and law enforcement can work together to combat current instances and prevent future ones". February 11, 2025, Washington DC.
- Participant, Roundtable for Kids Online Health and Safety. Biden-Harris Administration's Interagency Task Force on Kids Online Health & Safety. September 2023.

- Member of the European Commission's group on "Technical Solutions to Detect Child Sexual Abuse in End-to-end Encrypted Communications." Chaired by Antonio Labrador Jimenez. Spring 2020.
- Invited public testimony to the *US Sentencing Commission hearing on "Federal Child Pornography Offenses"* in Washington, DC on February 15, 2012. Chaired by the Honorable Patti B. Saris (United States District Court Judge) and convened with five other commissioners present. (See http://www.ussc.gov/amendment-process/public-hearings-and- meetings/20120215/agenda-february-15-2012)
- Member of the *Internet Safety Technical Task Force Technical Advisory Board* created by joint agreement of the Attorneys General Multi-State Working Group on Social Networking and MySpace.com. June–Oct. 2008. (See http://cyber.law.harvard.edu/research/isttf/TAB)
- Member of the *Privacy Working Group* of the Secretary of Public Safety and Security, Massachusetts (Chairman: Secretary Kevin Burke), September 2008–2010.

**Professional service**

- Co-Chair, *International Workshop on Child Online Safety and Harms (COSH)*. July 2024. With co-chairs V. Franqueira, T. Ringenberg, and J. Dev.
- Founder, *New England Security Day (NESD)* workshop.
    - Steering Committee member. September 2015–present.
    - Co-Organizer, May 2019. With A. Houmansadr and C. Nita-Rotaru.
    - Co-Organizer, May 2016. With S. Chong and C. Dimoulas.
    - Co-Organizer, Sept 2015. With Y. Brun and A. Houmansadr.
- Technical Program Chair, *Annual DFRWS Digital Forensics Research Conference* 2012. With Vice Chair C. Shields.
- Technical Program Chair, *ACM MobiCom* 2011. With T. Nandagopal.
- Technical Program Vice Chair, *Annual DFRWS Digital Forensics Research Conference* 2011. With Chair F. Buchholz.
- Guest Editor, *Computer Communications (Elsevier), Special Issue: Network Security*. With co-editor C. Shields. 2006.
- Co-founder, co-organizer *ACM First Annual Northeast Digital Forensics Exchange Workshop (NeFX)* 2009, 2010. With P. Ji.
- Technical Program Co-chair and Co-organizer, *ACM International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV)* 2006. With co-chair M. Claypool.
- Guest Editor, *IEEE Journal on Selected Areas in Communications (JSAC) special issue: Network Support for Multicast Communications*. October 2002, Volume 20, Number 8. With co-editors: D. Towsley, C. Diot, and L. Rizzo.
- Technical Program Co-Chair and Co-Organizer, *Intl. Workshop on Networked Group Communication (NGC)* 2002. With co-Chair M. Ammar.
- Tutorial chair, IEEE Infocom 2003.
- Chair, Student Travel Grant Committee, ACM SIGCOMM 2000.
- Editorial Board/ Associate Editor:  *Journal of Online Trust and Safety* (January 2024 – present).
- Editorial Board /TPC. *Journal of Privacy Enhancing Technologies:* Sept. 2014–Mar. 2016, May 2022–June 2023.
- Editorial Board /Associate Editor. *IEEE Transactions on Mobile Computing:*  Feb. 2015–Feb. 2019.
- Editorial Board /Associate Editor. *IEEE/ACM Transactions on Networking:* Sept. 2005–Dec. 2010

- Technical Program Committee service:
    - ACM The Web Conference (Web4Good track): 2024
    - ACM Symposium on Operating Systems Principles (SOSP): 2023
    - ACM SIGCOMM Conference: 2020
    - ACM conference on Computer & Communication Security (CCS): 2006, 2008, 2009, 2013, 2017
    - ACM Annual Computer Security Applications Conference (ACSAC): 2014, 2015, 2016
    - Digital Forensics Research Conference (DFRWS): 2009–2013, 2015
    - Research on Attacks, Intrusions and Defenses (RAID): 2015
    - ISOC Network & Distributed System Security Symposium (NDSS): 2012, 2014
    - ACM MobiCom Conference: 2009, 2010, 2011
    - IEEE Systematic Approaches to Digital Forensic Engineering Conference: 2010
    - ACM MobiSys Workshop on Mobile Opportunistic Networking (Mobiopp): 2007
    - ACM Network & Operating System Support for Digital Audio and Video (NOSSDAV): 2000, 2006, 2007
    - ACM Workshop on Underwater Networking (WuWNet): 2007
    - Privacy Enhancing Technologies Symposium (PETS): 2003, 2004, 2005, 2006 *(and see PoPETS above)*
    - ACM Sigcomm Workshop on Large Scale Attack Defense (LSAD): 2006
    - International Conference on COMmunication System softWAre and MiddlewaRE (COMSWARE): 2006

- o   IEEE Infocom: 2002, 2003, 2006
- o   IEEE International Workshop on Security in Distributed Computing Systems (SDCS): 2005
- o   IEEE Global Internet Symposium (GI): 2001, 2002, 2004, 2005
- o   ACM Network and System support for Games workshop (NetGames): 2002, 2003, 2005
- o   IEEE International Conference on Distributed Computing Systems (ICDCS): 2004
- o   ACM World Wide Web Conference (Security and Privacy track): 2003, 2004
- o   COST264 Intl Workshop on Networked Group Communication (NGC): 1999, 2000, 2001, 2002, 2003
- o   ACM Workshop on Security of Ad Hoc and Sensor Networks (SASN): 2003
- o   IEEE International Conference on Network Protocols (ICNP): 2001, 2002

**Service to UMass Amherst**

- **Director, UMass Cybersecurity Institute,** September 2015–present. Coordinating engagement of faculty with industry partners and government, the creation of new educational programs and degrees, and hiring of new faculty in security, from the College of Information and Computer Sciences across to many other departments and colleges at UMass.
- **Undergraduate Program Director**, **Honors Program Director,** September 2009–June 2012. Led the department's growth from a 250-student department to enrollments exceeding 500 students, while deploying a newly designed BS degree and newly created BA degree.
- **Principal**, Center for Academic Excellence in Information Assurance Education & Research (CAEIAE-R). One of many Centers accredited through an application to the U.S. National Security Agency. From 2003–2015, at which point we elected to leave the program.
- **UMass College-level Committee work**: *College Dean Search (S25), Promotion & Tenure* (F22–S23 co-chair; F21-S22; F19–S20 co-chair; F14–S16 co-chair), *Chair Search* (F21–S22), *Distinguish Lecture Series* (F18–S19 chair), *Annual Faculty Review* (F07–S08 co-chair), *Executive Committee* (F18–S19, F07–S08), *Awards* (F16–S17), *Faculty Recruiting* (F13–S16, F00–S04), *Awards* (F08 chair), *Diversity* (S07–S08 chair), *Undergrad Program* (F06, F03–S04), *College Dean Search* (F16), *Personnel* (F06–S07), *ad hoc Space Planning* (S04), *Space* (F04–S05), *Graduate Program* (F99–S00, F01–S03, F04–S05), *Chair Search* (F00), *Graduate Admissions* (F99–S00).

## Teaching Experience

*Courses were at the University of Massachusetts Amherst, unless noted.*

**Courses I have created and taught**

- *CMPSCI 365: Digital Forensics*
  Fall 2025, Fall 2023, Fall 2022, Spring 2022, Spring 2015, Spring 2010, Fall 2010, Fall 2008, Fall 2007 and Spring 2008 as 491CC *Advanced Digital Forensics*
- *CMPSCI 596E/696E Machine Learning Applied to Child Rescue*
  Spring 2025, Fall 2024 (with Prasanna Lakkur Subramanyam); Spring 2024, Spring 2020
- *CMPSCI 461/661 Secure Distributed Systems*
  Spring 2019, Spring 2018, Spring 2017, Spring 2016. (previously as 490P/690P)
- *CMPSCI 391L Computer Crime Law*
  Fall 2015, Fall 2014; Fall 2011 with M. Liberatore; Fall 2010 (as 391LI/691LI)
- *CMPSCI 660 Advanced Information Assurance*
  Spring 2005, Fall 2006 with K. Fu
- *CMPSCI 491Q/691Q System Building for Mobile Devices*
  Spring 2003 with P. Shenoy; Spring 2004, Fall 2004
- *CMPSCI 460 Introduction to Computer and Network Security*
  Spring 2004, Spring 2003, and Fall 2004 with C. Misra
  Spring 2002 and Spring 2001 with J. Cunningham and C. Misra
- *CMPSCI 653 Advanced Computer Networks*
  Fall 2001 and Fall 2000; offered previously, but I completely revamped the curriculum.

14

**Courses I have taught**

- *CMPSCI 187 Data Structures*
  Spring 2012

- *CMPSCI453 Computer Networks*
  Spring 2000, Fall 2009

- *Co-instructor,* CE252 *Computer Networks* (graduate level)
  Jan. 1999 w. lead J.J. Garcia-Luna-Aceves, and P. Dommel. (At UC Santa Cruz)

- *Co-instructor,* CE152 *Computer Networks* (undergraduate level)
  Oct. 1998. w. lead J.J. Garcia-Luna-Aceves, and P. Dommel. (At UC Santa Cruz)


**Seminars I have created and taught**

- *CMPSCI 391M Audio Circuit Analysis*
  Spring 2024 with R. Wang

- *CMPSCI 691M Adversarial Machine Learning*
  Spring 2019 with D. Jensen

- *CMPSCI 591CF Security Lecture Series*
  Fall 2019, Fall 2018, Fall 2016, Fall 2015

- *CMPSCI 691BL R Programming Language*
  Fall 2013

- *CMPSCI 691UN Underwater Networking and Sensing Seminar*
  Spring 2008 with J. Kurose and P. Shenoy, and partners from WHOI, UMass Lowell, and UMass Dartmouth

- *CMPSCI491P and CMPSCI491O Outdoor Mobile Network Environment I* and *II*
  Fall 2006 and Spring 2007, respectively with M. Corner

- *CMPSCI 191S Talent Advancement Program Seminar*
  Fall 2006 with K. Fu

- *CMPSCI 591R Five College Information Assurance Lecture Series*
  Fall 2004 with M. Corner

- *CMPSCI 791N Seminar: Peer-to-Peer Networking*
  Fall 2001 with J. Kurose and D. Towsley

- CMPSCI 691M: *Seminar: Multicast*
  Fall 1999


**Graduate degrees conferred as advisor/chair** (and their first/current positions)
- *Ph.D.***:**
  1. Ayse Pinar Ozisik (2021), postdoc at the MIT Media Lab
  2. Keen Sung (2020), AuDeCode, Scientist
  3. Kimberly Ferguson-Walter (2019), National Security Agency (NSA), Scientist
  4. Robert Walls (2014), Worcester Polytechnic Institute (WPI), Associate Professor (after postdoc)
  5. James Partan (2013), Woods Hole Oceanographic Institution, Researcher
  6. Hamed Soroush (2013), Univ. of Virginia, Lecturer (now elsewhere)
  7. Aruna Balasubramanian (2011), Assistant Professor SUNY Stony Brook (after postdoc, now Associate Professor)
  8. George Bissias (2010), Fluent Mobile, Research Scientist (now Research Assistant Professor at UMass)
  9. Marc Liberatore (2008), Mellon Fellow/Visiting Professor, Wesleyan University (now Senior Lecturer II at UMass)
  10. Matthew Wright (2005), Assistant Professor, Univ. of Texas Arlington (now Professor at Rochester Institute of Technology)

- *Masters of Science*
  1. Prasanna Lakkur Subramanyam (2024)
  2. Cody Richter (2023)
  3. Adam Rivelli (2021)
  4. Jagath Jai Kumar (2020)
  5. S. Arta Ravazi (2019)
  6. A. Pinar Ozisik (2016)
  7. Keen Sung (2015)
  8. Juston Moore (2015)

9.  Saksham Varma (2014)
10. Jingyi Guo (2013)
11. Ryan Hurley (2013)
12. Swagatika Prusty (2012)
13. John Tuttle (2010)
14. Steve Hannum (2010)
15. Patrick Stahlberg (2007)
16. John Burgess (2006)
17. Anthony Bellissimo (2005)
18. Aaron St. John (2005)
19. Michael Barry (2005)
20. Allison Clayton (2005)
21. Matthew Yurkewych (2004)
22. N. Boris Margolin (2004)
23. George Bissias (2004)
24. Ping Hung-Lee (2004)
25. Daniel LaFlamme (2004)
26. Jacky C.-K. Chu (2003)
27. Katrina M. Hanna (2003)
28. Yoshiya Kinuta (2003)
29. Bridget Dahill (2003)
30. Kevin Labonte (2003)
31. Marc Liberatore (2003)
32. Nandini Natarajan (2002)
33. Matthew Wright (2000)
34. Nathan Baughman (1999)

**Current Graduate Research Assistants**
- *Ph.D. students:*
  - Jeng-Yu Chou
  - Prassana Lakkur Subramanyam
- *M.S. Students*
  - Atharva Kale

16

**Undergraduate students who have completed independent studies, honors theses/project, or REUs with me**

1. Chandni Kausika, Fall 2024
2. Nhi Ha, Summer 2023, Spring 2024
3. Jon Rubio, Summer 2023
4. Manasa Karthik, Summer 2023
5. Manan Talwar, Fall 2022
6. Steven Rossi, Spring 2022
7. Gilbert Hoerrman, Spring 2022
8. Erica Pickard, Fall 2021
9. Jeng-Yu Chou, Summer/Fall 2021
10. Nicholas Sichalov, Spring 2020
11. Elitza Neytcheva (Honors), Fall 17, Spring 18
12. Katherine Stolerman, Spring 17
13. Dan Chu (Honors research), Fall 16, Spring 17
14. Alexy Shabygin, Fall 16
15. Rebecca Bryan, Spring 15
16. Katarzyna Olejnik, Fall 13
17. Thomas Quinn (Honors research), Fall 10, Spring 11
18. Leonardo Meira (Honors), Spring 10
19. Tyler Bonci, Spring 10
20. Craig Darmetko, Fall 09, Spring 10
21. Samuel Rivera (Univ. Puerto Rico Mayaguez), Summer 08
22. Monique Tait (Westfield State), Summer 08
23. Gregory Walter, Summer 08
24. Antony Partensky, Fall 07, Spring 08
25. Shane Clark, Fall 07
26. Dan Scholten (honors research) Spring 07, Fall 07
27. Jeffrey Cleveland, Summer 07, Fall 07
28. Jeremey Maryott, Spring 07 (with C. Misra)
29. David Terrell, Spring 07 (with M. Corner)
30. Goutham Patnaik, Spring 07 (with M. Corner)
31. Nick Doyle, Spring 07 (with M. Corner)
32. Ari Matevossian. Spring 07 (with M. Corner)
33. Steve Gates, Fall 06, Spring 07 (with M. Corner)
34. Jonathan Shusta, Fall 06, Spring 07 (with M. Corner)
35. Mark Davidson, Fall 06, Spring 07 (with M. Corner)
36. Bart Parkis, Fall 06 (with M. Corner)
37. Jacob Lauzier, Fall 06 (with M. Corner)
38. Richard Chim, Fall 06 (with M. Corner)
39. Yuri Pyuro, Summer 06, Fall 06, Spring 07
40. Byron Wallace, Spring 06
41. Nolan Schelper, Spring 06, Summer 06
42. David Maletz, Spring 06, Fall 07, Spring 07
43. Jeffery Jason, Fall 05, Summer 07
44. Matthew Brandwein (Honors research), Fall 04, Spring 05
45. Amos Wetherbee (Honors research), Fall 04, Spring 05
46. Derek DeLong (Honors research, led by A. Rosenberg), Spring 04
47. Matthew Cheung (Honors research), Fall 03, Spring 04
48. John Emhoff, Fall 03, Spring 04
49. Matthew Katsuki, Fall 03, Spring 04, Fall 04, Spring 05
50. John Burgess, Summer 03, Fall 03, Spring 03, Summer 04
51. Daniel Dumont, Fall 02
52. Armem Bibikyan (Honors research), Spring 02
53. Daniel LaFlamme (Honors research), Fall 01, Summer 02
54. Jacky Chu, Fall 00, Spring 01
55. Kevin Labonte, Fall 00, Spring 01
56. Ryan O'Boyle, Fall 00, Spring 01
57. Vincent Scarlata (Honors research, and separate independent study), Fall 00, Spring 01
58. Benjamin Alamed, Summer 00
59. Andrew Hsu Summer 00
60. Peter Amstutz, Spring 00, Summer 00
61. Matt Barry, Spring 00
62. Ryan McCabe, Spring 00
63. Marc Lefkowitz (Honors research), Fall 99